**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

RECEIVED
U.S. _____
2019 APR -4 A 10:04

FILED
EASTERN U.S. DISTRICT COURT
DISTRICT OF ARKANSAS
APR 04 2019
JAMES _____
BY: _____ MACK, CLERK
                              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
___Pine Bluff___ DIVISION

CASE NO. _5:19-cv-00115-JM-JTK_

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _Stansel Alexander Prouse_
   ADC # _658348_

   Address: _VSM P.O. Box 600, Grady, Ar. 71644_

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   This case assigned to District Judge __Moody__
   and to Magistrate Judge __Kearney__

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _Wendey Kelley_

   Position: _Director of IADC_

   Place of employment: _IADC_

   Address: _IADC P.O. Box 8707, Pine Bluff, Ar. 71611_

   Name of defendant: _Rory Griffin_

   Position: _Deputy Director of Health and Corr. Programs_

-4-

Place of employment: ADC

Address: ADC P.O. Box 8707, Pine Bluff, Ar. 71611

Name of defendant: Dr. Bob Parker

Position: Deputy Director of Mental Hlth. + Corr. Programs

Place of employment: ADC

Address: ADC P.O. Box 8707, Pine Bluff, Ar. 71611

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.   Place of present confinement: **Varner Super Max P.O. Box 600 Grady, Arkansas 71644-0600**

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__    No ____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓  No ___

If not, why? _____
_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 2/9/18, I was diagnosed with Gender Dysphoria Disorder by a licensed psychiatrist contracted with ADC. On 3/1/18 I was seen by the Gender Identity Committee whom agreed with the psychiatrist's diagnosis but denied me hormone therapy as treatment stating "the need for hormone therapy was not indicated nor recommended". I am a transgender woman who has been diagnosed by a licensed psychiatrist employed by the state. I have continuously been denied hormone therapy which is common practice for this diagnosis by the ADC Gender Dysphoria Committee, Director Wendy Kelley, Deputy Dir. of HHS Rory Griffin, Deputy Dir. of MH & HH, Dr. Bob Parker as they are the people in charge of enforcing all ARs, ADs + VUs respectfully due to the professional titles they possess within the ADC.

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Estrogen Hormone Therapy at it's highest availible dose, A Razor script, All State issued female clothing + hygein (as needed), Access to all feminine commissary clothing + hygein.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20____.

_Hallel Browse_
ADC# 658340

Signature(s) of plaintiff(s)

-8-

Stansel Prowse
ADC# 658340
Varner SuperMax
P.O. Box 600
Grady, Arkansas
71644-0600



United States District Court Clerks
P.O. Box 600
West Capitol Avenue, Room A-
Little Rock, Arkansas
72201-3325