Case 5:19-cv-00115-JM Document 17 Filed 05/22/19 Page 1 of 4

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 22 2019    Pg. 124
JAMES W. McCORMACK, CLERK
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

Stansel Prowse ADC # 658340     Plaintiff

V.    Case No. 5:19-CV-115-JM-JTK

Wendy Kelley, et al.     Defendants

## Plaintiff's Proposed Amended Complaint

On February 9, 2018, I was diagnosed with Gender Dysphoria Disorder by a liscensed psychiatrist named Dr. Giggleman, who is contracted with ADC. On March 1, 2018, I was seen by the Gender Dysphoria Committee (which was made of multiple people including Bob Parker, Rory Griffin and Wendy Kelley as the leading members) whom acknowledged and confirmed my diagnosis on 2/09/18, but denied me hormone therapy as a means of treatment as well as any other form stating "hormone therapy was not clinically indicated nor recommended". I was diagnosed with a psychiatric disorder by a liscensed psychiatrist but was denied medical care to treat this disorder. Dr. Bob Parker is an appropriate defendant for this civil action

due to the fact that Gender Dysphoria Disorder is a psychiatric disorder and the Defendant is Deputy Director of Mental Health and Correctional Programs and is a leading member of the Gender Dysphoria Committee. He is liscensed to make diagnosis and prescribe treatments.

Rory Griffin is an appropriate defendant for this legal action due to the fact that she is the Deputy Director of Health and Correctional Programs. As such, it is her duty to provide health care services accessible to all inmates, which at a minimum, meet reasonable and necessary health care needs as AR 833 (Health Services) states. She is also a leading member of the Gender Dysphoria Committee and is liscensed to treat both medical and mental disorders, or authorize the treatments of such. Director Wendy Kelley is an appropriate defendant for this civil action due to the fact that she holds the ultimate authority of every department within the ADC, as the Director of ADC. When I utilized the Prison Litigation Reform Act as a means of attempting to recieve treatment for Gender Dysphoria, her response was the final one

Case No. 5:19-CV-115-JM-JTK

Pg. 3 of 4

before I exhausted the grievance procedure. She as well denied me treatment for a psychiatric disorder and she is also the head of the Gender Dysphoria Committee. I am constantly in conflict with my assigned gender at birth and the one I express myself as. I suffer from manic depression that at times immobilizes me and leaves me with only enough energy to eat and bathe. I have an extensive history of suicide attempts and self mutilation after I became so disgusted with my physical self that I just wanted to destroy it. When I was finally given the diagnosis of Gender Dysphoria, I became the happiest I've been in a very long time only to descend back into the abyss when I was denied hormone therapy. I was given the key, but no car and now I'm pursuing the car on foot. I'm more suicidal today then I was a year ago and it's all because I have everything except the tools I need to help fix me with and make me perfect. That's depressing.

Case No. 5:19-CV-115-JM-JTK

Pg. 4 of 4

Wherefore, the Plaintiff submits this proposed amended complaint and respectfully requests the Courts to please accept it.

Respectfully Submitted,

Stansel Prowse
Plaintiff

Stansel Prowse
ADC# 658340
Varner Super Max
P.O. Box 600
Grady, Arkansas
71644-0600