IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STANSEL ALEXANDER PROWSE,                                 PLAINTIFF
ADC #658340

v.                         5:19CV00115-JM-JTK

WENDEY KELLEY, et al.                                        DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of June, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE