IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STANSEL ALEXANDER PROWSE,**
**ADC #658340**                                                                                           **PLAINTIFF**

V.                                   5:19CV00115-JM-JTK

**WENDEY KELLEY, et al.**                                                                                 **DEFENDANTS**

## ORDER

On January 8, 2021, the United States Court of Appeals for the Eighth Circuit vacated this Court's Judgment as it related to the dismissal of Plaintiff's claim regarding hormone therapy against Defendants Griffin and Payne. The Eighth Circuit found that Plaintiff's hormone therapy claim was moot. Pursuant to the mandate entered on January 29, 2021, the Court dismisses Plaintiff's hormone therapy claim as moot.

The Court of Appeals affirmed this Court's Order granting Plaintiff's Motion to Dismiss Defendant Kelley. Therefore, the Court's ruling on Plaintiff's claim against Defendant Kelley remains. Plaintiff's claim against Defendant Kelley is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of June, 2021.

_____
James M. Moody Jr.
United States District Judge