IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STANSEL ALEXANDER PROWSE,**
**ADC #658340**                                                                                    **PLAINTIFF**

V.                                         5:19CV00115-JM-JTK

**WENDEY KELLEY, et al.**                                                              **DEFENDANTS**

## AMENDED JUDGMENT

Based upon the Order entered today, Plaintiff's claim against Defendants Griffin and Parker is DISMISSED as moot and Plaintiff's claim against Defendant Kelley is DISMISSED without prejudice.

IT IS SO ORDERED this 10th day of June, 2021.

_____
James M. Moody Jr.
United States District Judge